**CHRISTENSEN JAMES & MARTIN**
WESLEY J. SMITH, ESQ. (11871)
LAURA J. WOLFF, ESQ. (6869)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: wes@cjmlv.com, ljw@cjmlv.com
*Attorneys for Plaintiffs Boards of Trustees of the Southern Nevada Cement Masons Trusts*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS AND PLASTERERS JOINT PENSION TRUST; BOARD OF TRUSTEES OF THE CEMENT MASONS AND PLASTERERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE CEMENT MASONS AND PLASTERERS VACATION SAVINGS PLAN TRUST; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL ASSOCIATION LOCAL 797 APPRENTICE AND JOURNEYMAN TRAINING TRUST; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL ASSOCIATION TRAINING FUND,<br><br>Plaintiffs,<br>vs.<br><br>CAL ELECTRO INC., a California corporation; DOES 1–10 & ROES 1–10,<br><br>Defendants. | CASE NO.: 2:23-cv-01065-RFB-EJY<br><br>**STIPULATION TO DISCLOSE PAYROLL RECORDS AND TO STAY CASE AS TO DEFENDANT CAL ELECTRO INC. FOR A PERIOD NOT TO EXCEED 60 DAYS** |

IT IS HEREBY STIPULATED AND AGREED between the Parties to this Stipulation (Plaintiffs and Defendant Cal Electro, Inc. ("CAL")), as follows:

1. CAL, acting through its duly-appointed President, E. Robert Meissner, acknowledges that it was served with a copy of the Summons and Complaint in this action on July 27, 2023, as shown by the Affidavit of Service filed with the Court (ECF No. 5);

2. CAL has not yet filed an answer, responsive pleading, or otherwise appeared in this action;

3. CAL acknowledges that one form of relief sought by the Plaintiffs in this Case is an Order compelling CAL to disclose to Plaintiffs certain information, including payroll records covering CAL's operations for the for the time period of August 1, 2020 through June 30, 2022 (the "Records");

4. CAL has not disclosed the Records to the Plaintiffs and declares that it prefers to promptly and informally disclose the Records to Plaintiffs' counsel rather than appearing immediately in the Case and disclosing the Records through formal discovery proceedings;

5. The Parties have therefore executed this Stipulation intended to stay the Case as to CAL for a period of not more than sixty (60) days from the date on which the fully executed Stipulation is filed by Plaintiffs with the Court (the "Stay"), during which period of time CAL shall disclose the Records to Plaintiffs' counsel and Plaintiffs shall endeavor to use the Records to complete a compliance review of CAL's payroll practices;

6. While the Parties agree that Plaintiffs may cause the Stay to terminate early by notifying CAL of Plaintiffs' desire to terminate the Stay in an email sent to E. Robert Meissner (cyndel@calelectroinc.com), the Stay may be extended beyond sixty (60) days only by written Order of the Court;

7. Upon approval of this Stipulation by the Court, the Stay proposed by the parties shall be in effect for up to sixty (60) calendar days after the date on which this Stipulation is filed by Plaintiffs, and while the Stay remains in effect, CAL shall have no obligation to appear, answer or otherwise respond to the Complaint;

8.    CAL shall file its answer or otherwise respond to the Complaint not later than twenty one (21) days following the date on which the Stay terminates; and

9.    CAL reserves all rights, claims, and defenses in this action.

## ORDER

Good cause appearing, IT IS SO ORDERED.

DATED and done this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

[PARTY SIGNATURES FOLLOW]

Dated: September _____, 2023.

CHRISTENSEN JAMES & MARTIN

By: _____
Laura J. Wolff, Esq.
Attorneys for Plaintiffs *Southern Nevada Cement Masons Trusts*

Dated: September  12 , 2023.

CAL ELECTRO, INC.

By: *[signature]*
E. Robert Meissner, President
Email: bobm@calelectroinc.com
Cell: 530-510-0069

8. CAL shall file its answer or otherwise respond to the Complaint not later than twenty one (21) days following the date on which the Stay terminates; and

9. CAL reserves all rights, claims, and defenses in this action.

## **ORDER**

Good cause appearing, IT IS SO ORDERED.

DATED and done this  22  day of  September , 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

[PARTY SIGNATURES FOLLOW]

| | |
|---|---|
| Dated: September 20, 2023. | Dated: September _____, 2023. |
| CHRISTENSEN JAMES & MARTIN | CAL ELECTRO, INC. |
| By: *Laura J. Wolff* | By: _____ |
| Laura J. Wolff, Esc. | E. Robert Meissner, President |
| Attorneys for Plaintiffs *Southern Nevada Cement Masons Trusts* | Email: _____ <br> Cell: 530-510-0069 |